IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| J.D. MARCHBANKS, individually and on behalf of other similarly situated persons, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 3:06-CV-720-DRH-CJP ) |
| BEELMAN RIVER TERMINALS, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on Defendant's Motion to Continue its Deadline of May 11, 2007, to File its Responsive Brief to Plaintiff's Motion for Conditional Collective Action Certification. Said motion is **GRANTED**. The Court **ALLOWS** Defendant up to and including June 1, 2007 to respond to the motion.

Date: May 10, 2007

/s/     David   RHerndon
United States District Court Judge

1