IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| J.D. MARCHBANKS, individually and on behalf of all others similarly situated<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>BEELMAN RIVER TERMINALS, INC.<br><br>　　　　　　　　Defendant. | Case No.   06-720-DRH-CJP |

## ORDER

Pending before the Court is Teresa A. Woody's Motion to Withdraw as Counsel of Record. [Doc. # 22]  Plaintiffs will continue to be represented by the law firms of Stueve Siegel Hanson LLP and The Rex Carr Law Firm, LLC.

Accordingly, it is hereby

ORDERED that the Court grants Teresa A. Woody's Motion to Withdraw as Counsel of Record [Doc. #22] and she is granted leave to withdraw as counsel for Plaintiffs in the above-captioned case.

DATED: May 23, 2007

　　　　　　　　　　　　　　　　　　　　/s/　　　　　　　David   RHerndon
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE