IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**J.D MARCHBANKS,**

**Plaintiff,**

v().  No. 3:06-CV-720-DRH-CJP

**BEELMAN RIVER TERMINALS, INC.,**

**Defendant.**

## ORDER

**HERNDON, District Judge:**

Now before the Court is Plaintiff's unopposed motion to continue its June 13, 2007 deadline to file reply memorandum in support of motion for conditional collective action certification (Doc. 26). Said motion is **GRANTED**. The Court **ALLOWS** Plaintiff up to and including July 20, 2007 to file a reply.

**IT IS SO ORDERED.**

Signed this 13th day of June, 2007.

/s/       David   RHerndon
**United States District Judge**