**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**J.D MARCHBANKS,**

**Plaintiff,**

**v.**                                                         **No. 3:06-CV-720-DRH**

**BEELMAN RIVER TERMINALS, INC.,**

**Defendant.**

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Plaintiff's second motion to delay entry of judgment (Doc. 34).  Specifically, Plaintiff requests that this Court delay entry of judgment in this case for seven days so that the parties may finalize and execute the settlement agreement.  Said motion is **GRANTED**.  The Court **DIRECTS** the Clerk of the Court to enter judgment dismissing this action with prejudice and without costs seven days from the date of this Order.

**IT IS SO ORDERED.**

Signed this 29th day of October, 2007.

/s/      DavidRHerndon
**Chief Judge**
**United States District Judge**