IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

J.D MARCHBANKS,

Plaintiff,

v.                                                                       No. 3:06-CV-720-DRH

BEELMAN RIVER TERMINALS, INC.,

Defendant.

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Plaintiff's third motion to delay entry of judgment (Doc. 36). Specifically, Plaintiff requests that this Court delay entry of judgment in this case for fourteen days so that the parties may finalize and execute the settlement agreement. Said motion is **GRANTED**. The Court **DIRECTS** the Clerk of the Court to enter judgment dismissing this action with prejudice and without costs on November 19, 2007.

**IT IS SO ORDERED.**

Signed this 6th day of November, 2007.

/s/      DavidRHerndon
**Chief Judge**
**United States District Judge**