IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**J.D. MARCHBANKS,**

    **Plaintiff,**

    vs.                                          Cause No. 06-CV-720 DRH

**BEELMAN RIVER TERMINALS, INC.,**

    **Defendant**.

### JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-------------------------------------------------------------------------

                                                                 **NORBERT G. JAWORSKI, CLERK**

November 20, 2007                               By:    s/Patricia Brown
                                                                        Deputy Clerk

APPROVED: /s/       DavidRHerndon
                    **CHIEF JUDGE**
                    **U.S. DISTRICT COURT**