IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| J.D. MARCHBANKS,<br><br>                Plaintiff,<br>v.<br><br>BEELMAN RIVER TERMINALS, INC.,<br><br>                Defendant. | Case No. 06-720-DRH-CJP |

## **ORDER**

For good cause shown, the Court adopting the findings set forth in the parties joint motion as if fully set out herein, Plaintiff J.D. Marchbanks' and Defendant Beelman River Terminals, Inc.'s Joint Motion for Final Approval of FLSA Settlement is hereby **GRANTED**.

IT IS SO ORDERED.

Dated: November 26, 2007

                                                /s/     *David R Herndon*
                                                Chief Judge
                                               U.S. District Court